No. 94–890. NATIONAL RAILWAY LABOR CONFERENCE *v.* RAILWAY LABOR EXECUTIVES' ASSN. ET AL.; and

No. 94–907. BURLINGTON NORTHERN RAILROAD CO. *v.* RAILWAY LABOR EXECUTIVES' ASSN. ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE GINSBURG took no part in the consideration or decision of these petitions.

No. 94–1131. CHRYSLER CORP. *v.* KEARNS; and

No. 94–1269. KEARNS *v.* CHRYSLER CORP. ET AL. C. A. Fed. Cir. Motion of Arnold, White & Durkee for leave to file a brief as *amicus curiae* in No. 94–1131 granted. Certiorari denied.

No. 94–1237. KEYSTONE CHAPTER ASSOCIATED BUILDERS & CONTRACTORS, INC. *v.* PENNSYLVANIA SECRETARY OF LABOR AND INDUSTRY. C. A. 3d Cir. Motion of Steamfitters Local Union No. 420, United Association of Journeymen & Apprentices of the Plumbing & Pipefitting Industry, for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 94–1248. O'BRYAN, PARENT AND NEXT FRIEND OF O'BRYAN, ET AL. *v.* VOLKSWAGEN OF AMERICA ET AL. C. A. 6th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 94–1289. CLASS, WARDEN, ET AL. *v.* WILLIAMS. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 94–1302. CRAWFORD *v.* LaMANTIA ET AL. C. A. 1st Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 94–7751. RAITPORT *v.* AMERICAN TELEPHONE & TELEGRAPH ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.